IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VEDANTKUMAR BHUPENBHAI PATEL,<br><br>Defendant. | CASE NO. 3:25CR227<br><br>JUDGE JACK ZOUHARY<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br><u>**ORDER OF DETENTION**</u> |

  This matter came before the Court on June 3, 2025 pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant Vedantkumar Bhupenbhai Patelwas present at the hearing and represented by Federal Public Defender Donna Grill, and the United States was represented by Rob Melching, Assistant U.S. Attorney. The Court finds the matter of Defendant's release moot due to a State holder. Defendant reserves the right to revisit the issue of a detention hearing at a later time if it is determined that Defendant would not be released to State custody.

  The Court orders that Defendant shall be committed to the custody of the United States Attorney General, or a designated representative, for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Further, the Court directs that Defendant be afforded reasonable opportunity for private consultation with his counsel while in custody. On order of the Court or the request of the attorney for the United States, the person in charge of the corrections facility shall deliver

Defendant to the United States Marshal for purposes of an appearance in connection the with court proceeding.

**IT IS SO ORDERED.**

June 3, 2025
Date

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE